**Louis Richard FRESQUEZ,**
**Plaintiff–Appellant,**

v.

**MOEROYK; et al., Defendants–**
**Appellees.**

No. 06–17273.

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2008.*

Filed Aug. 4, 2008.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

Louis Richard Fresquez, Corcoran, CA, pro se.

Before: B. FLECTCHER, THOMAS and WARDLAW, Circuit Judges.

### MEMORANDUM **

California state prisoner Louis Richard Fresquez appeals pro se from the district court's judgment dismissing for failure to state a claim his civil rights action alleging prison officials violated the Americans with Disabilities Act ("ADA") and the Rehabilitation Act ("RA") by conducting a disciplinary hearing without a sign language interpreter. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000). We affirm in part, vacate in part, and remand.

■ The district court properly dismissed Fresquez's claims that implicated the invalidity of a disciplinary conviction which resulted in lost good-time credits because Fresquez failed to demonstrate that the conviction had been successfully overturned. *See Heck v. Humphrey,* 512 U.S. 477, 483–84, 114 S.Ct. 2364, 129

L.Ed.2d 383 (1994) (holding prisoner must demonstrate conviction or sentence has been successfully overturned before challenging validity of the conviction or sentence).

■ Fresquez's remaining allegations concerning the conditions of his confinement are independent of his disciplinary conviction and should not have been dismissed under 28 U.S.C. § 1915A. *See Bogovich v. Sandoval,* 189 F.3d 999, 1002 (9th Cir.1999) (finding disabled prisoner's ADA and RA claims relating to the conditions, rather than duration or validity, of confinement are not Heck-barred); *see also Simpson v. Thomas,* 528 F.3d 685, 696 (9th Cir.2008) (holding that Heck is not an evidentiary doctrine). We vacate and remand to the district court for further proceedings.

**AFFIRMED in part, VACATED in part, and REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provid-   ed by 9th Cir. R. 36–3.